JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| Isaachar Shabtay,<br><br>        Plaintiff,<br><br>v.<br><br>Aurora Loan Services LLC,<br>Quality Loan Service Corporation,<br>and Does 1-100 Inclusive,<br><br>        Defendants. | Case No. CV13-06213 R (SHx)<br><br>Assigned to Hon. Manual Real, Ctrm. 8<br><br>**ORDER GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)**<br><br>**Hearing**<br>Date:   October 7, 2013<br>Time:   10:00 a.m.<br>Ctrm:   8<br>Place:  312 North Spring Street<br>            Los Angeles, California 90012<br><br>Complaint filed: March 18, 2013<br>Trial Date: none |

The motion by Defendant Aurora Loan Services LLC (**Aurora**) to dismiss the entirety of the first amended complaint of Plaintiff Isaachar Shabtay (**plaintiff**) with prejudice pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) came on regularly for hearing upon notice on October 7, 2013 in Courtroom 8 of the United State Courthouse located at 312 North Spring Street, Los Angeles, California 90012.

1  Plaintiff did not make any appearance.  Aurora appeared through its attorneys of record,
2  Akerman Senterfitt LLP.

3      The Court, having reviewed and considered all papers in support of and in
4  opposition to Aurora's motion, the Court finds, adjudges and orders as follows:

5      1. That the Court GRANTS Defendant Aurora Loan Services LLC's Request
6  for Judicial Notice.

7      2. That the Court GRANTS **without leave to amend** Defendant Aurora Loan
8  Services LLC's motion to dismiss the entirety of Plaintiff Isaachar Shabtay's first
9  amended complaint, and all claims for relief contained therein, pursuant to Federal
10 Rules of Civil Procedure, Rule 12(b)(6).

11     3. That the Court ORDERS Plaintiff Isaachar Shabtay's first amended
12 complaint, and all claims for relief contained therein, dismissed in its entirety **with**
13 **prejudice**.

14 **IT IS SO ORDERED.**

15 Dated: October 15, 2013          By: _____
16     Honorable Manual N0'Real
17     U.S. Districv Judge

18 Respectfully submitted,

19 **AKERMAN SENTERFITT LLP**
20 JUSTIN D. BALSER (SBN 213478)
   Email: justin.balser@akerman.com
21 ROBERT R. YAP (SBN 263763)
   Email: robert.yap@akerman.com
22 725 South Figueroa Street, 38th Floor
   Los Angeles, California 90017-5433
23 Telephone: (213) 688-9500
   Facsimile:  (213) 627-6342

24 Attorneys for Defendant
25 AURORA LOAN SERVICES LLC